MEYER, Respondent, vs. STEINEKE, Appellant.

For the appellant: *Sanders & McCormick* of Milwaukee.
For the respondent: *Bouck, Hilton, Kluwin & Dempsey* of Oshkosh.

*By the Court.*—Judgment affirmed.

VENNE, Respondent, vs. VENNE, imp., Appellant.

For the appellant: *James E. Coleman,* attorney, and *William J. McCauley* of counsel, both of Milwaukee.
For the respondent: *Leuch, Fichaux & Fellenz,* attorneys, and *John C. Fellenz, Jr.* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed.

WILL OF KRAEMER: CORNELIUS, Proponent, and others, Appellants, vs. PRANGE and others, Respondents.

For the appellants: *Bassuener & Humke* and *Benfey & Benfey,* all of Sheboygan.
For the respondents: *Charles Voigt* of Sheboygan.

*By the Court.*—Judgment affirmed.